# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3075

_____

United States of America,                     *
                                              *
                  Appellee,                   *    Appeal from the United States
                                              *    District Court for the Eastern
     v.                                       *    District of Missouri.
                                              *
Rayon Burns Simmons,                          *         [UNPUBLISHED]
                                              *
                  Appellant.                  *

_____

Submitted:  May 5, 2005
Filed:  May 9, 2005

_____

Before SMITH, FAGG, and MAGILL, Circuit Judges.

_____

PER CURIAM.

Rayon Burns Simmons appeals the district court's[*] denial of Simmons's motion to modify his sentence under 18 U.S.C. § 3582(c)(2) and the Prosecutorial Remedies and Other Tools to end the Exploitation of Children Today Act of 2003. The statutes Simmons cites do not provide a basis for modifying his sentence. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Simmons's appellate motion as moot.

_____

_____

[*]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.